**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01424-CV

**ORIENTAL BUILDING SERVICES, INC., Appellant**

**V.**

**RENE LEDUC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05687**

## ORDER

Before the Court is appellant's July 29, 2013 unopposed motion for an extension of time to file a reply brief. By order dated today, the Court struck appellee's brief and ordered him to file an amended brief within ten days that complies with the word limit set forth in rule 9.4(2)(B) of the rules of appellate procedure. *See* TEX. R. APP. P. 9.4(2)(B). Accordingly, we **DENY** appellant's motion.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE